IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAVAUGHN SKINKLE,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No. 5D21-2504
LT Case No. 2021-CF-101477

Opinion filed May 20, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L.
Davenport, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm Javaughn Skinkle's judgment and sentence with one exception.  The trial court erred in assessing investigative costs under section 938.27(1), Florida Statutes (2021), in the absence of a request from the State.  *See Richards v. State*, 288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . ." (citation omitted)).  We remand for the trial court to enter an amended judgment without including these investigative costs.  In all other respects, we affirm.  *See State v. Dortch*, 317 So. 3d 1074, 1084 (Fla. 2021) ("[T]here is no fundamental-error exception to the preservation requirement of rule 9.140(b)(2)(A)(ii)(c).").

AFFIRMED; REMANDED with directions.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).